E-FILED
Thursday, 26 December, 2019  03:01:07 PM
Clerk, U.S. District Court, ILCD

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

**FILED**

DEC 2 6 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Division

|  |  |
|---|---|
| **TEMPEST ABDULLAH** | ) Case No. *19-1414* |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) Jury Trial: *(check one)*   Yes   No |
|  | )                                  X |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| **CONTRACT CALLERS** | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

# COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name             Tempest Abdullah

Street Address   3906 Tower Drive Apt Cu14

City and County  Richton park, Cook

State and Zip Code  Illinois, 60471

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Telephone Number

E-mail Address  Tabdullah 1208@yahoo.com

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name                            Contract Callers INC - goggle does

Job or Title *(if known)*

Street Address                  501 Greene ST STE302

City and County                 Augusta, Richmond

State and Zip Code              Georgia, 30901

Telephone Number               (706) 863-0800

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties    is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of    another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a    diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

Federal question X                          Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

that                List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution
                are at issue in this case.

FCRA, FDCPA, TCPA

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff,                                          , is a citizen of
*(name)*                                                                                      the

State of *(name)*                                        .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.       If the plaintiff is a corporation

            The plaintiff,                               , is incorporated

*(name)*

            under the laws of the State of *(name)*                       ,

            and has its principal place of business in the State of *(name)*

                                          .

            *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.      The Defendant(s)

      a.       If the defendant is an individual

            The defendant,  *(name)*                      , is a citizen of

            the State of *(name)*                    . Or is a citizen of

*nation)*

              *(foreign*                      .

      b.       If the defendant is a corporation

            The defendant,  *(name)*                , is incorporated under

            the laws of the State of *(name)*                , and has its

            principal place of business in the State of *(name)*            .

            Or is incorporated under the laws of *(foreign nation)*       ,

            and has its principal place of business in *(name)*          .

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

            The amount in controversy–the amount the plaintiff claims the defendant owes or the amount

at

            stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including    the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and    write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff has received several phone calls from defendant and she asked them to stop calling her and they have ignored her request, according to FCRA repeated calls is a violation of the The FDCPA considers repeat calls as harassment [15 USC 1692d] § 806(5).

# PLAINTIFF has asked the defendant to verify this debt numerous amounts of times they have failed to verify the relationship and contract between the two and Fail to Send a Written Debt Validation Notice Within five days of the collector's initial communication, it must send you a notice include the amount of the debt, the name of the creditor, and notice of your right to dispute the debt within

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking the item to be removed as well as compensation for time lost and suffering .

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,      and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause    unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the            requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be    served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/13/19

Signature of Plaintiff   Tempest: Abdullah

Printed Name of Plaintiff   Tempest Abdullah

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Reliance CLIENT

## Questions and Answers

**ACCOUNT NAME**

WHAT IS THE NAME? Contract Cealbers Inc

IS IT SPELLED PROPERLY? no

DO YOU RECOGNIZE THE ACCOUNT? NO

**ACCOUNT NUMBER**

IS THE NUMBER COMPLETE? ∿○

DOES IT LOOK FAMILIAR ? N○

**ACCOUNT TYPE  this is for the company ?**

What type of account is this considered?

Phone company

**DATE OPENED - question for the company**

DATE ON PHONE?

May 2013

Tmobile cannot give me any information on the account

Contract Callers

## ACCOUNT STATUS question for the company?

IS THIS ACCOUNT OPEN OR CLOSED, LATE, OR ON TIME?

OPEN DATE on the PHONE ?

CLOSED DATE on the PHONE ? April 2018 / March 2019 (closed)

ACCOUNT BALANCE QUESTIONS FOR THE COMPANY

BALANCE ON THE PHONE ? $ 148 38

PAST DUE AMOUNT QUESTION FOR THE COMPANY

AMOUNT ON PHONE? Rup can not Say Frances Kelly

$ 103.15 plus 29.66 Collection fee

HIGH BALANCE QUESTION FOR THE COMPANY

AMOUNT ON PHONE?  $148.38

**TERMS QUESTION FOR THE COMPANY**

TERMS ON PHONE?

WHAT WERE THE TERMS OF THE CONTRACT ?

FOR HOW MANY MONTHS?

Contract Callers Cannot provide information ?

Tmobile Cannot provide information

# PAYMENT HISTORY QUESTION FOR THE COMPANY

ASK THE COMPANY FOR A CLEAR EXPLANATION OF  WHAT THE PAYMENT HISTORY WAS STARTING 6 MONTHS PRIOR TO THE FIRST LATE PAYMENT. THEN WRITE DOWN THE PAYMENT DUE DATE AS WELL AS THE  DATE THE PAYMENT WAS ACTUALLY RECEIVED?

How much was due? 148.31

How much did they receive?  and when did they recieve it ?

187 67 was the last payment

March 29, 2018

## PAYMENT HISTORY company question

THIS IS VERY VERY VERY IMPORTANT PLEASE PAY CLOSE ATTENTION AND OPEN YOUR MIND. THIS IS THE DEAL BREAKER, FOCUS AND WRITE DOWN EVERYTHING, IF THEY DONT WANNA HELP ASK FOR SUPERVISOR

Per frances kelly, she does not have the payment history of the account that they are reporting.

Contract callers and Tmobile are reporting a address that is not valid. I reported a address change to tmobile back in June of 2016.

Tmobile is requiring a 6 digit security number a number that does not exist.

## PAYMENT HISTORY company question

How much was due?

How much did they receive?  and when did they recieve it ?

Contract Callers does not have that information
per frances kelly.

**CALLS HOW MANY CALLS A DAY, A WEEK, A MONTH**

Contract Callers Called for a month or longer back in April - June.

## CALLS WHAT WAS THE PHONE NUMBER CALLING?

WHEN HAVE THEY CALLED AND FROM WHAT NUMBER ?

Multiple numbers 800 numbers back in April through June.

**AFTER YOU SKED THEM NOT TO CALL HOW MANY TIMES DID THEY CONTINUE.**

I asked contract Callers through April /June to stop Calling or verify debt.

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tempest Abdullah

### DEFENDANTS
Contract Callers

**(b)** County of Residence of First Listed Plaintiff  Cook
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Augusta
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FCRA, FDCPA, TCPA

Brief description of cause:
1681, 1692

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



CERTIFIED MAIL

7017 1000 0001 0796 6250

Tempest Abdullah
3906 Tower Drive Apt. 104
Richton park, IL 60471

305 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

U.S. POSTAGE PAID
FCM LG ENV
RICHTON PARK, IL
61602
OCT. 31, 19
AMOUNT
$6.65
R2305K139858-7